UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALICE RIOS HUERTA, § | |
| § | |
| VS. § | CIVIL NO. 4:19-CV-1064-Y |
| § | |
| ANDREW SAUL, COMMISSIONER OF § | |
| THE SOCIAL SECURITY § | |
| ADMINISTRATION § | |

### ORDER ACCEPTING THE UNITED STATES MAGISTRATE JUDGE'S FINDINGS, CONCLUSTIONS, AND RECOMMENDATION

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. (Doc. no. 26.) Alice Rios Huerta, Plaintiff, informed the Court that no objections to the magistrate judge's report would be filed. (Doc. no. 27.) The district judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned district judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Commissioner's decision is **AFFIRMED** and this case is **DISMISSED**.

SIGNED March 31, 2021.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE